UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4071
(2:22-cr-00993-RMG-1)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

JONATHAN RAMACI

   Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume II under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk