UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4071
(2:22-cr-00993-RMG-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JONATHAN RAMACI

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing appellant's response to June 24, 2025.

          For the Court--By Direction

          /s/ Nwamaka Anowi, Clerk