UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4071
(2:22-cr-00993-RMG-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JONATHAN RAMACI

    Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time for the Anders pro se brief and accepts the Anders pro se brief for filing.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk