FILED:  October 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4071
(2:22-cr-00993-RMG-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JONATHAN RAMACI

Defendant - Appellant

_____

O R D E R

_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Gregory, Judge Quattlebaum, and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk